FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
for the District of Massachusetts

2018 AUG 16 PM 12: 28

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA )
)
v. ) DOCKET NO. 17-mj-6211-PK
)
Dalnovis Delarosa Arias )
)

## MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY

NOW COMES the Defendant, Dalnovis DelaRosa Arias, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

(✓) Disagreement on strategy;

( ) Failure to obtain a bail appeal;

(✓) Lack of understanding between me and my attorney;

(✓) Failure to present my best interests;

(✓) Other:

This lawyer lied to me several times and promised me things that never happend.

Date: 8-13-18

Respectfully submitted,

_Delarosa Rosa_
, Pro Se
26 Long Pond Road
Plymouth, MA 02360

Prev motions

Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

Aug. 13, 2018

FILED IN CLERK'S OFFICE
2018 AUG 16 PM 12: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court for
the District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

RE: United States of America v. Dalnovi de la rosa Arias
NO: 17 MJ-6211-PIL
      MPL

Dear Sir/Madam:

Enclosed for action, filing and docketing regarding the above-referenced matter, please find MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY.

Kindly mark this motion up for hearing at your earliest convenience.

Very truly yours,

_Dalnovi S. Rosa_
, Pro Se

Enclosure
cc:   U.S. Attorney
       David Grinaldi