*Patti Soris*

*Denied. 10/22/18*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No.: 17-cr-10281-PBS |
| ) | |
| DALVONIS DELAROSA ARIAS, ET AL ) | |

## MOTION TO CONTINUE TRIAL

## ASSENTED TO BY ALL PARTIES

The defendant in the above-captioned matters moves this Honorable Court to continue the trial scheduled for November 13, 2018 to March 18, 2019. As grounds, undersigned counsel is currently on trial in Suffolk Superior Court in a case scheduled to last through mid-November. The Superior Court (Krupp, J.) has informed the jurors to be available through mid-November. Counsel for the government and codefendant assent to a continuance.

Further, counsel for all parties have conferred and, given counsel's respective calendars, have found March 18, 2019 to be the first jointly available date for the week-long trial.

For the above-stated reasons, the defendant respectfully request the Court ALLOW this motion.

Respectfully submitted,
DALVONIS DELAROSA ARIAS
By his attorney:

/s/ David J. Grimaldi

---

David J. Grimaldi
David J. Grimaldi, P.C.
BBO No. 669343
675 Massachusetts Avenue, 9th Floor
Cambridge, MA 02139
617-661-1529 (tel)
857-362-7889 (fax)
david@attorneygrimaldi.com

DATE: October 22, 2018

1